UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 15-274 |
| Plaintiff, | ) | |
| v. | ) | DETENTION ORDER |
| ROBERT RYAN POWELL, | ) | |
| Defendant. | ) | |

<u>Offense charged</u>: Two Counts, Transportation of Minors with Intent to Engage in Prostitution

<u>Date of Detention Hearing</u>:   July 14, 2015.

   The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant stipulated to the entry of an order of detention in this case.

(2) Defendant declined to be interviewed by this court's Pretrial Services Officer.

(3) His criminal record includes a California conviction for "Force/Assault Deadly Weapon," for which he was sentenced to six years in prison, followed by three years of parole. A warrant was issued for parole violation for Sex Trafficking by Force, Fraud or Coercion." The new charges were later dismissed, and the parole reinstated.

(4) The Assistant U. S. Attorney alleges the defendant focuses on juveniles to participate in sex trafficking, and stated he is aggressive toward his victims. Those are the circumstances alleged in the Complaint in this case.

(5) There is little information available as to where whether is residing, whether he has any legitimate employment, any problems with substance abuse or medical problems, and many other issues. This dearth of information is attributable in significant part to defendant's refusal to cooperate with the Pretrial Services Office.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 14th day of July, 2015.

John L. Weinberg
United States Magistrate Judge