Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT RYAN POWELL,<br><br>　　　　　　　Defendant. | No. CR15-244RAJ<br><br>ORDER DENYING MOTION FOR THE CIRCULATION OF A QUESTIONNAIRE TO PROSPECTIVE JURORS BEFORE TRIAL |

THIS MATTER comes before the court on Defendant's Motion for the Circulation of a Questionnaire to Prospective Jurors Before Trial (Dkt. #47). The court has reviewed Defendant's motion, the files and pleadings herein, noted the Government's nonopposition, and being fully advised, finds that there is no good cause to utilize a juror questionnaire in this matter. The court will consider a request from the parties to incorporate the questions set forth in the proposed questionnaire into the court's general voir dire. The court may also consider permitting counsel additional time for attorney-conducted voir dire to allow sufficient time to inquire regarding the matters set forth in the proposed questionnaire.

Accordingly, IT IS ORDERED that Defendant's Motion for the Circulation of a Questionnaire to Prospective Jurors Before Trial (Dkt. #47) is DENIED.

DATED this 25th day of January, 2016.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge