The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT RYAN POWELL,<br><br>Defendant. | NO. CR15-244 RAJ<br><br>ORDER TO SEAL GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR AN ORDER PERMITTING THE DEFENSE TO OFFER CERTAIN PROOF |

Having read the Government's Response to the Defendant's Motion for an Order Permitting the Defense to Offer Proof in the above-captioned case, which was filed under seal, and the Government's Motion to Seal requesting that its Response be allowed to remain under seal, and the court finding good cause,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. #95) is GRANTED.  The Government's Response to the Defendant's Motion for an Order Permitting the Defense to Offer Proof in this matter shall remain sealed.

DATED this 10th day of February, 2016.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL - 1
*United States v. Powell*, CR15-244-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970