The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-244 RAJ |
| Plaintiff, | |
| v. | ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS STATEMENTS MADE IN RAPID CITY |
| ROBERT RYAN POWELL, | |
| Defendant. | |

This matter came before the court upon Defendant's Motion to Suppress Statements Made in Rapid City (Dkt. #72). Having considered the Defendant's motion, the Government's opposition, and the files and records herein, and having conducted an evidentiary hearing on this date during which the court heard the testimony of Special Agent Brent Gromer and the argument of counsel, for the reasons stated orally on the record, Defendant's Motion to Suppress Statements Made in Rapid City (Dkt. #72) is DENIED.

DATED this 12th day of February, 2016.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge