Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT RYAN POWELL,<br><br>Defendant. | No.  CR15-244RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF |

THIS MATTER comes before the court upon Defendant's motion for leave to file a brief in excess of 12 pages in length in support of a motion to permit certain cross-examination of a prospective government witness.  Having considered the motion and the reasons set forth in the declaration of defense counsel filed in support of the motion, the court has concluded that sufficient reasons have been presented and that the motion should be granted.  Accordingly, it is hereby

ORDERED that the Defendant's motion (Dkt. #139) is GRANTED. Defendant may file a brief not to exceed 16 pages in support of the motion to permit cross-examination of an anticipated government witness.

DATED this 19th day of April, 2016.

*Richard A Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION FOR LEAVE
TO FILE OVERLENGTH BRIEF  –  1