Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT RYAN POWELL,<br><br>Defendant. | No.  CR15-244RAJ<br><br>ORDER ON DEFENDANT'S MOTION FOR LEAVE TO FILE TRIAL BRIEF UNDER SEAL |

THIS MATTER comes before the court upon Defendant's motion for leave to file his trial brief under seal. Having considered the motion and the reasons set forth in the declaration of defense counsel filed in support of the motion, it is hereby

ORDERED that the Defendant's motion for leave to file trial brief under seal (Dkt. #144) is GRANTED IN PART and DENIED IN PART. The motion to seal is granted regarding the components of the trial brief addressing Rule 412 issues. The motion is denied as it relates to the components of the trial brief that do not reference Rule 412 issues. Defense counsel is directed to file a redacted trial brief that complies with these determinations.

DATED this 21st day of April, 2016.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge