The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT POWELL,<br><br>　　　　　Defendant. | NO. CR 15-244 RAJ<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DUE DATE OF GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR AN ORDER PERMITTING THE DEFENSE TO ASK CERTAIN QUESTIONS OF B.M. |

　　Having reviewed the parties' Stipulated Motion to Extend Due Date of Government's Response to Defendant's Motion for an Order Permitting the Defense to Ask Certain Questions of B.M., and based upon the reasons set forth in that Motion,

　　IT IS ORDERED that the government shall file its response to Defendant Robert Powell's Motion for an Order Permitting the Defense to Ask Certain Questions of B.M. no later than April 28, 2016.

　　DATED this 22nd day of April, 2016.

*/s/ Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

POWELL/CR15-244 RAJ
ORDER GRANTING STIPULATION TO EXTEND
DUE DATE OF GOVERNMENT'S RESPONSE - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970