The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT RYAN POWELL, <br><br> Defendant. | NO. CR15-244 RAJ <br><br> ORDER ON DEFENDANT'S MOTION TO SEAL |

Defense counsel having moved for leave to file, under seal, a motion with respect to the intended cross-examination of prospective government witness B.M., and the court having considered the motion and the reasons set forth in the declaration of defense counsel filed in support of the motion, the court has concluded that sufficient reasons have been presented in support of the motion.

Accordingly, it is hereby ORDERED that Defendant's Motion to Seal (Dkt. #137) is GRANTED.  Defendant's motion, and all pleadings related to the motion, shall remain under seal.

DATED this 3rd day of May, 2016.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge