The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT RYAN POWELL,<br><br>Defendant. | NO. CR15-244RAJ<br><br>ORDER TO SEAL |

Having read the Government's Response in Opposition to Defendant's Second and Third Motions Under Fed. R. Evid. 412 in the above-captioned case, which was filed under seal, and Government's Motion to Seal requesting that the Government's Response in Opposition to Defendant's Second and Third Motions Under Fed. R. Evid. 412 be allowed to remain under seal, and the Court finding good cause,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. #154) is GRANTED. The Government's Response in Opposition to Defendant's Second and Third Motions Under Fed. R. Evid. 412 in this matter shall remain sealed.

DATED this 3rd day of May, 2016.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL - 1
*United States v. Powell*; CR15-244RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970