The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR15-244RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER ON DEFENDANT'S MOTION TO SEAL |
| ROBERT RYAN POWELL, | |
| Defendant. | |

THIS MATTER comes before the court on defendant's motion to seal defendant's second and third motions under Rule 412, Fed. R. Evid. The court has considered the motion to seal and the reasons set forth in the declaration of defense counsel filed in support of that motion and has concluded that good cause exists for those documents to remain filed under seal.

Accordingly, it is hereby ORDERED that the defendant's motion to seal (Dkt. #156) is GRANTED. Defendant's second and third motions under Fed. R. Evid., Rule 412, filed under Dkt. ##141 and 150, and related supporting documents, shall remain under seal.

DATED this 3rd day of May, 2016.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge