The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>ROBERT RYAN POWELL,<br><br>           Defendant. | NO. CR15-244RAJ<br><br>ORDER TO SEAL |

Having read the Government's Response in Opposition to Defendant's Fourth Motion Under Fed. R. Evid. 412 in the above-captioned case, which was filed under seal, and Government's Motion to Seal requesting that the Government's Response in Opposition to Defendant's Fourth Motion Under Fed. R. Evid. 412 be allowed to remain under seal, and the court finding good cause,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. #168) is GRANTED.  The Government's Response in Opposition to Defendant's Fourth Motion Under Fed. R. Evid. 412 in this matter shall remain sealed.

DATED this 1st day of June, 2016.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

Order to Seal
United States v. Powell; CR15-244 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970