The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT RYAN POWELL,<br><br>Defendant. | NO. CR15-244RAJ<br><br>ORDER TO SEAL |

Based upon the Government's Motion to Seal, and the representations made therein, and the court finding good cause,

It is ORDERED that the Government's Motion to Seal (Dkt. #181) is GRANTED. The Government's Opposition to Defendant's Motion for Reconsideration of Limited Aspects of Prior Orders Excluding Cross-Examination and Evidence Under Rule 412 in this matter shall remain FILED UNDER SEAL because it contains sensitive information.

DATED this 6th day of June, 2016.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL - 1
*U.S. v. Powell*/CR 15-244RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970