The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR15-244 RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER ON DEFENDANT'S MOTION TO SEAL |
| ROBERT RYAN POWELL, | |
| Defendant. | |

Defense counsel having moved for leave to file, under seal, certain supplemental documents relating to motions filed by the defense under Rule 412, and the court having considered the motion and the reasons set forth in the declaration of defense counsel filed in support of the motion, the court has concluded that sufficient reasons have been presented and that the motion should be granted. Accordingly, it is hereby

ORDERED that the defendant's Motion to Seal (Dkt. #190) is GRANTED. Defendant may file the supplemental documents under seal.

DATED this 8th day of June, 2016.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

ORDER ON DEFENDANT'S
MOTION TO SEAL - 1
*United States v. Powell*, CR15-244-RAJ