The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT RYAN POWELL,<br><br>Defendant. | NO. CR 15-244 RAJ<br><br>VERDICT FORM |

WE, THE JURY, unanimously find as follows:

**Count 1:** Transportation of a Juvenile, C.C., with Intent to Engage in Prostitution, in violation of Title 18, United States Code, Section 2423(a):

\_\_\_\_ Not Guilty     ✓ Guilty

**Count 2:** Transportation of a Juvenile, N.C., with Intent to Engage in Prostitution, in violation of Title 18, United States Code, Section 2423(a):

\_\_\_\_ Not Guilty     ✓ Guilty

//
//
//

**Count 3:** Sex Trafficking of B.M. by Force, Fraud and Coercion, in violation of Title 18, United States Code, Sections 1591(a)(1) and 1591(b)(1):

____ Not Guilty        ✓ Guilty

**Count 4:** Transportation of B.M. for the Purpose of Prostitution Through Coercion and Enticement, in violation of Title 18, United States Code, Section 2422(a):

✓ Not Guilty        ____ Guilty

DATED this 24 day of JUNE, 2016.

_____
PRESIDING JUROR