Hon. Richard A. Jones

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT RYAN POWELL,<br><br>Defendant. | No.   CR15-244RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE POST-TRIAL MOTIONS UNDER SEAL |

Defense counsel having moved for leave to file, under seal, certain post-trial motions raising matters that the court has previously ruled are covered by Rule 412, Fed. R. Evid., and the court having considered the motion and the reasons set forth in the declaration of defense counsel filed in support of the motion, and there being no opposition, the court has concluded that adequate reasons have been presented and that the motion (Dkt. #245) should be granted.  Accordingly, it is hereby

ORDERED that the defendant's post-trial motions involving other sexual conduct by a victim may remain under seal; and it is further

ORDERED that any responses and replies to a motion that has been filed under seal pursuant to this order shall also remain under seal.

DATED this 12th day of August, 2016.

*[signature]*

The Honorable Richard A. Jones
United States District Judge