1

2                                                              The Honorable Richard A. Jones

3

4

5                    UNITED STATES DISTRICT COURT FOR THE
                         WESTERN DISTRICT OF WASHINGTON
6                                      AT SEATTLE

7

8      UNITED STATES OF AMERICA,                 NO. CR 15-244 RAJ

9                        Plaintiff,

10

11                  v.                           ORDER TO SEAL

12

13     ROBERT RYAN POWELL,

14                       Defendant.

15

16          Having read the Government's Response in Opposition to Defendant's Motion for

17   Acquittal on Count Three in the above-captioned case, which was filed under seal, and

18   Government's Motion to Seal requesting that the Government's Response in Opposition

19   to Defendant's Motion for Acquittal on Count Three be allowed to remain under seal, and

20   the Court finding good cause,

21          It is hereby ORDERED that the Government's Motion to Seal (Dkt. #255) is

22   GRANTED.  The Government's Response in Opposition to Defendant's Motion for

23   Acquittal on Count Three in this matter shall remain sealed.

24          DATED this 25th day of August, 2016.

25

26   _____

27   The Honorable Richard A. Jones
     United States District Judge
28

Order to Seal                                          UNITED STATES ATTORNEY
United States v. Powell; CR 15-244 RAJ - 1             700 STEWART STREET, SUITE 5220
                                                        SEATTLE, WASHINGTON 98101
                                                             (206) 553-7970