The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-244 RAJ |
| Plaintiff, | |
| v. | ORDER ON DEFENDANT'S MOTION TO SEAL |
| ROBERT RYAN POWELL, | |
| Defendant. | |

Defense counsel having moved for an order sealing Docket No. 259 (the reply memorandum in support of the defendant's motion for a judgment of acquittal on Count 3), and the court having reviewed the declaration filed in support of the motion and the reply memorandum itself, the court has concluded that the motion is meritorious and should be granted. Accordingly, it is hereby

ORDERED that the defendant's Motion to Seal (Dkt. #260) is GRANTED. The reply memorandum that has been docketed as Docket No. 259 shall remain filed under seal.

DATED this 29th day of August, 2016.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER ON DEFENDANT'S
MOTION TO SEAL - 1
*United States v. Powell*, CR15-244-RAJ