The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 15-244 RAJ |
| Plaintiff, | |
| v. | ORDER TO SEAL |
| ROBERT RYAN POWELL, | |
| Defendant. | |

Having read the Government's Sentencing Memorandum in the above-captioned case, which was filed under seal, and Government's Motion to Seal requesting that the Government's Sentencing Memorandum be allowed to remain under seal, and the Court finding good cause,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. #272) is GRANTED and the Government's Sentencing Memorandum in this matter filed under Dkt. #273 shall remain sealed.

DATED this 28th day of October, 2016.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

Order to Seal
United States v. Powell; CR 15-244 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970