The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO.  CR15-244RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER TO SEAL |
| ROBERT RYAN POWELL, | |
| Defendant. | |

Having read the Government's Restitution Memorandum in the above-captioned case, which was filed under seal, and the Government's Motion to Seal requesting that the Government's Restitution Memorandum be allowed to remain under seal, and the Court finding good cause,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. #296) is GRANTED.  The Government's Restitution Memorandum filed at Dkt. #298 in this matter shall remain sealed.

DATED this 20th day of January, 2017.

_Richard A. Jones_
The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL
United States v. Powell; CR 15-244 RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970