THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR15-244 RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING IN PART STIPULATED MOTION FOR JUDICIAL RECOMMENDATION TO THE BUREAU OF PRISONS THAT DEFENDANT CONTINUE TO BE CONFINED IN THIS DISTRICT |
| ROBERT RYAN POWELL, | |
| Defendant. | |

This matter having come before the Court based on the stipulation of the parties, and having considered the same, and this Court having previously granted defendant's motion for a recommendation to the U.S. Bureau of Prisons that the defendant be held in this district until February 28, 2017 (Dkt. #248), it is hereby ORDERED as follows:

Pursuant to Rule 38(b)(2) of the Federal Rules of Criminal Procedure, this Court recommends to the Attorney General, and specifically to the U.S. Bureau of Prisons (BOP), that defendant Robert Ryan Powell (Register No. 14301-273) continue to be incarcerated within the Western District of Washington, including the Federal Detention

Center at SeaTac, Washington, for a time not shorter than 60 days and not longer than 90 days from the date of this order, so that defendant Powell may continue to meet and confer with his appointed appellate counsel.

DATED this 21st day of March, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge