UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>ROBERT RYAN POWELL,<br><br>　　　　　　　　Defendant. | NO. CR15-244 RAJ<br><br>ORDER GRANTING A JUDICIAL RECOMMENDATION TO THE BUREAU OF PRISONS THAT THE DEFENDANT CONTINUE TO BE CONFINED IN THIS DISTRICT |

This matter having come before the Court based on the stipulation of the parties, and having considered the same, and this Court having previously granted defendant's motions for a recommendation to the U.S. Bureau of Prisons that the defendant be held in this district (Dkt. #284 and Dkt. #314), it is hereby ORDERED as follows:

The parties' Stipulated Motion (Dkt. #315) is GRANTED. Pursuant to Rule 38(b)(2) of the Federal Rules of Criminal Procedure, this Court recommends to the Attorney General, and specifically to the U.S. Bureau of Prisons (BOP), that defendant Robert Ryan Powell (Register No. 14301-273) continue to be incarcerated within the

ORDER - 1

Western District of Washington, including the Federal Detention Center at SeaTac, Washington, for a time at least until August 28, 2017, so that defendant Powell may continue to meet and confer with his appointed appellate counsel.

DATED this 12th day of June, 2017.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

**Law Office of Jonathan S. Solovy, PLLC**
705 Second Avenue, Suite 1300
Seattle, Washington 98104-1741
(206) 388-1090
solovylaw@earthlink.net