THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ROBERT RYAN POWELL,<br><br>                Defendant. | NO. CR15-244 RAJ<br><br>ORDER GRANTING A JUDICIAL RECOMMENDATION TO THE BUREAU OF PRISONS THAT THE DEFENDANT CONTINUE TO BE CONFINED IN THIS DISTRICT |

THIS MATTER having come before the Court based on the stipulation of the parties, and having considered the same, and this Court having previously granted defendant's motions for a recommendation to the U.S. Bureau of Prisons that the defendant be held in this district (Dkt. #248, Dkt. #314 & Dkt. #316), it is hereby ORDERED as follows:

The parties' stipulated motion (Dkt. #319) is GRANTED. Pursuant to Rule 38(b)(2) of the Federal Rules of Criminal Procedure, this Court recommends to the Attorney General, and specifically to the U.S. Bureau of Prisons (BOP), that defendant

ORDER GRANTING A JUDICIAL RECOMMENDATION
TO THE BUREAU OF PRISONS THAT DEFENDANT
CONTINUE TO BE CONFINED IN THIS DISTRICT - 1

**Law Office of Jonathan S. Solovy, PLLC**
705 Second Avenue, Suite 1300
Seattle, Washington 98104-1741
(206) 388-1090
solovylaw@earthlink.net

Robert Ryan Powell (Register No. 14301-273) continue to be incarcerated within the Western District of Washington, including the Federal Detention Center at SeaTac, Washington, for a time at least until September 22, 2017, so that defendant Powell may continue to meet and confer with his appointed appellate counsel, and to review in a controlled environment relevant portions of the district court record.

DATED this 23rd day of August, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING A JUDICIAL RECOMMENDATION
TO THE BUREAU OF PRISONS THAT DEFENDANT
CONTINUE TO BE CONFINED IN THIS DISTRICT - 2

**Law Office of Jonathan S. Solovy, PLLC**
705 Second Avenue, Suite 1300
Seattle, Washington 98104-1741
(206) 388-1090
solovylaw@earthlink.net