The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR15-244 RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER TO SEAL JOINT MOTION TO REDACT TRANSCRIPTS |
| ROBERT RYAN POWELL, | |
| Defendant. | |

Having considered the parties' Joint Motion to Redact Transcripts in the above-captioned case, which was filed under seal, and the Government's Motion to Seal requesting that this joint motion be allowed to remain under seal, and finding good cause,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. #320) is GRANTED. The parties' Joint Motion to Redact Transcripts, filed under Dkt. #321 in this matter, shall remain sealed.

DATED this 23rd day of August, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL - 1
*United States v. Powell*, CR15-244-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970