The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT RYAN POWELL,<br><br>Defendant. | NO. CR15-244 RAJ<br><br>AMENDED ORDER GRANTING JOINT MOTION TO REDACT |

This matter, having come before the Court based on the joint motion of the parties, and having considered the same, it is hereby ORDERED as follows:

The following redactions shall be made to the transcripts, which contain the names of victims B.M., C.C., and N.C. during the hearings and trial dates set forth below:

1. Dkt. #133 – Suppression Hearing, held on February 12, 2016;
2. Dkt. #288 – Pretrial Conference, held on June 7, 2016;
3. Dkt. #289 – Day One of the trial;
4. Dkt. #290 – Day Two of the trial;
5. Dkt. #291 – Day Three of the trial;
6. Dkt. #294 – Day Four of the trial;
7. Dkt. #295 – Day Five of the trial;
8. Dkt. #299 – Day Six of the trial;

*AMENDED ORDER GRANTING*
*JOINT MOTION TO REDACT TRANSCRIPTS - 1*

**Law Office of Jonathan S. Solovy, PLLC**
705 Second Avenue, Suite 1300
Seattle, Washington 98104-1741
(206) 388-1090
solovylaw@earthlink.net

1    9. Dkt. #300 – Day Seven of the trial;
2    10. Dkt. #302 – Sentencing Hearing, held on October 28, 2016; and
3    11. Dkt. #311 – Restitution Hearing, held on March 2, 2017.

The first and last names of B.M. shall be replaced with the initials B.M., the last name of witness M.M. shall be replaced with the initial M., the first and last names of juvenile C.C. shall be replaced with the initials C.C., and the first and last names of juvenile N.C. shall be replaced with the initials N.C.

The Court further orders that if reasonably feasible, the court reporters shall redact the transcripts in a manner that maintains the current pagination of the filed official transcripts.

It is further ORDERED that the parties' request to withdraw their Joint Motion To Seal Transcripts (Dkt. #317) is GRANTED.

DATED this 29th day of August, 2017.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

*AMENDED ORDER GRANTING*
*JOINT MOTION TO REDACT TRANSCRIPTS - 2*

**Law Office of Jonathan S. Solovy, PLLC**
705 Second Avenue, Suite 1300
Seattle, Washington 98104-1741
(206) 388-1090
solovylaw@earthlink.net