The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT RYAN POWELL,<br><br>Defendant. | NO. 2:15-cr-00244-RAJ<br><br>ORDER GRANTING MOTION<br>TO SET BRIEFING SCHEDULE |

Having considered the parties' Stipulated Motion Concerning Defendant's *Pro Se* Emergency Motion to Reduce or Modify Term of Imprisonment and to Set Briefing Schedule regarding same, it is hereby ORDERED as follows:

1. The parties' Stipulated Motion (Dkt. #356) is GRANTED;

2. Dkt. #353 is withdrawn without prejudice;

3. Counsel for the defendant shall file any revised or amended motion on or before September 11, 2020;

4. The United States shall file a response to the motion on or before September 18, 2020;

5. Any reply brief will be filed on or before September 24, 2020; and

6. The matter will be noted for September 25, 2020.

DATED this 3rd day of September, 2020.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge