The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT RYAN POWELL,<br><br>Defendant. | NO. 2:15-cr-00244-RAJ<br><br>ORDER GRANTING MOTION TO SET AMENDED BRIEFING SCHEDULE |

Having considered the parties' Stipulated Motion to Amend Briefing Schedule relating to Defendant's Motion to Reduce or Modify Term of Imprisonment, it is hereby ORDERED as follows:

1. Counsel for the defendant shall file any revised or amended motion on or before September 25, 2020;

2. The United States shall file a response to the motion on or before October 2, 2020;

3. Any reply brief will be filed on or before October 8, 2020; and

4. The matter will be noted for October 9, 2020.

DATED this 4th day of September, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO SET AMENDED BRIEFING SCHEDULE - 1