HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR15-244 RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE AN OVER-LENGTH BRIEF |
| ROBERT RYAN POWELL, | ) | |
| Defendant. | ) | |

The defendant having moved for leave to file a brief in excess of 12 pages in length in support of his motion a motion pursuant to Section 404 of the First Step Act, and the court having considered the motion and the reasons set forth in the declaration of defense counsel filed in support of the motion, the court has concluded that sufficient reasons have been presented and that the motion should be granted. Accordingly, it is hereby

ORDERED that the defendant is permitted, nunc pro tunc as of September 25, 2020, to file a brief not to exceed 14 pages in support of his motion for release pursuant to Section 404 of the First Step Act.

DATED this 28th day of September, 2020.

HON. RICHARD A. JONES
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION FOR
LEAVE TO FILE AN OVER-LENGTH BRIEF - 1

Law Offices of Allen R. Bentley
1000 Second Avenue, Suite 3140
Seattle, WA 98104
(206) 343-9391