The Honorable Richard A. Jones

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff

v.

ROBERT RYAN POWELL,

Defendant.

NO.  2:15-cr-244-RAJ

ORDER ON PARTIES' STIPULATED
MOTION REGARDING BRIEFING
SCHEDULE FOR DEFENDANT'S
MOTION FOR COMPASSIONATE
RELEASE PURSUANT TO
18 U.S.C. § 3582(c)(1)(A)

Having considered the parties' Stipulated Motion Regarding Briefing Schedule for Defendant's Motion for Compassionate Release, it is hereby ORDERED the Stipulated Motion (Dkt. #367) is GRANTED and the Court sets the following briefing schedule:

a.  The United States shall file its response to the motion on or before October 9, 2020;

b.  The defense shall have until on or before October 15, 2020 to file any reply; and

c.  The motion is renoted for October 16, 2020.

DATED this 2nd day of October, 2020.

The Honorable Richard A. Jones
United States District Judge

ORDER
*United States v. Powell*, No. 2:15-cr-244-RAJ - 1