The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ROBERT RYAN POWELL,<br><br>Defendant. | NO. 2:15-cr-244-RAJ<br><br>ORDER ON PARTIES' STIPULATED MOTION TO EXTEND TIME FOR FILING OF DEFENDANT'S REPLY REGARDING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A) |

Having considered the parties' Stipulation to Extend Time for the Filing of Defendant's Reply to the Government's Response to Defendant's Motion to Reduce or Modify Term of Imprisonment pursuant to 18 U.S.C. §3582(c)(1)(A), it is hereby ORDERED the Stipulation (Dkt. #369) is GRANTED as follows:

1. Defendant's reply to the government's response to the motion shall be filed by not later than October 22, 2020; and

2. The motion will be re-noted for October 23, 2020.

DATED this 13th day of October, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge