The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR15-244 RAJ |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO SEAL |
| v. | |
| ROBERT RYAN POWELL, | |
| Defendant. | |

The Defendant having moved for leave to file a document under seal in support of his reply to the government's response to defendant's motion for compassionate release pursuant to Section 404 of the First Step Act, and the Court having considered the motion and the reasons set forth in the declaration of defense counsel filed in support of the motion, the Court has concluded that good and sufficient reasons have been presented and that the motion should be granted.

Accordingly, it is hereby ORDERED that Defendant's Motion to Seal (Dkt. #378) is GRANTED.  Exhibit I to Defendant's Reply shall remain filed under seal.

DATED this 2nd day of November, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge