The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR15-244 RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR LEAVE TO FILE A SUPPLEMENTAL PLEADING AND RENOTING MOTION |
| ROBERT RYAN POWELL, | |
| Defendant. | |

The defendant having moved for leave to file a supplemental declaration or other documentation in support of his motion for compassionate release pursuant to the First Step Act and for an order renoting this matter, and the Court having considered the motion and the reasons set forth in the declaration of defense counsel filed in support of the motion, and there being no opposition, the Court has concluded that good and sufficient reasons have been presented and that the motion (Dkt. #383) should be granted.

Accordingly, it is hereby ORDERED as follows:

1. Defendant shall be permitted to file a supplemental declaration or other pleading in support of his motion pursuant to the First Step Act, provided that such document is filed by not later than December 21, 2020;

2. The government is permitted, if it chooses, to file a response to such further pleading by not later than January 7, 2021; and

3.  The defendant's motion for compassionate release is renoted for January 8, 2021.

DATED this 11th day of December, 2020.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION FOR LEAVE
TO FILE A SUPPLEMENTAL PLEADING
AND RENOTING MOTION - 2
*United States v. Powell,* CR15-244 RAJ