The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ROBERT RYAN POWELL,<br><br>Defendant. | NO. 2:15-cr-244-RAJ<br><br>ORDER |

The parties having agreed to provide for a one-week extension of the deadlines set in the Court's order dated December 11, 2020 (Dkt. # 385), which permitted the defendant to file a supplemental pleading, and the Court having concluded that the requested adjustment of deadlines is reasonable and should be approved, it is hereby ORDERED that the prior order (Dkt. # 385) is amended as follows:

1. The defendant's deadline for filing a supplemental pleading is December 28, 2020;

2. The government is permitted, if it so chooses, to file a response to the supplemental pleading by not later than January 14, 2021;  and

3. The defendant's motion (Dkt. # 361) is re-noted for January 15, 2021.

DATED this 28th day of December, 2020.

_Richard A. Jones_

The Honorable Richard A. Jones
United States District Judge

ORDER
*United States v. Powell*, No. 2:15-cr-244-RAJ - 1