The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR15-244 RAJ |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND DEADLINE |
| v. | |
| ROBERT RYAN POWELL, | |
| Defendant. | |

Having considered the defendant's motion for relief from a deadline, filed pursuant to Local Criminal Rule 12(b)(10), and the Court noting that the government has no opposition to the motion and will not, under Local Criminal Rule 13(B), be required to reply if the deadline is extended, it is hereby ORDERED that the motion (Dkt. # 391) is GRANTED.  The deadline by which the defendant may file a motion for reconsideration of the order denying defendant's motion for relief under the First Step Act, Dkt. # 390, is extended to February 23, 2021.

DATED this 27th day of January, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO EXTEND DEADLINE - 1
*United States v. Powell,* CR15-244 RAJ