The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT RYAN POWELL, <br><br> Defendant. | NO. 2:15-cr-00244-RAJ <br><br> ORDER ON DEFENDANT'S MOTION FOR RECONSIDERATION |

Robert Ryan Powell is a 39-year-old inmate currently detained at Federal Correctional Institution (FCI) Coleman Medium, with a projected release date of February 13, 2029. On January 19, 2021, the Court denied his motion for compassionate release. Dkt. 390. Now before the Court is Mr. Powell's motion for reconsideration of the Court's order denying his motion for compassionate release. Dkt. 394. Having considered Mr. Powell's motion, including his lengthy letter to the Court, and the files and pleadings herein, the Court finds that no new evidence has been presented to justify reversal of the Court's prior decision. For this reason, Defendant Robert Ryan Powell's motion for reconsideration is **DENIED**.

DATED this 2nd day of March, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1