Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT RYAN POWELL,

Defendant.

No. 2:15-cr-00244-RAJ

ORDER

THIS MATTER comes before the Court on defense counsel Allen R. Bentley's Motion to Withdraw as Attorney for Defendant Robert Ryan Powell. Dkt. 401. The Court having reviewed defense counsel's motion, and the files and pleadings herein, and being fully advised,

IT IS ORDERED that defense counsel Allen R. Bentley's Motion to Withdraw as Attorney for Robert Ryan Powell (Dkt. 401) is **GRANTED**.

DATED this 28th day of November, 2023.

The Honorable Richard A. Jones
United States District Judge

ORDER - 1