|     |     |
| --- | --- |
|     | The Honorable Richard A. Jones |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT RYAN POWELL,<br><br>Defendant. | NO. 2:15-cr-00244-RAJ<br><br>ORDER GRANTING MOTION TO SEAL EXHIBIT 2 TO GOVERNMENT'S OPPOSITION TO DEFENDANT'S THIRD MOTION FOR REDUCED SENTENCE UNDER 18 U.S.C. § 3582(c)(2) |

This matter has come before the Court on the motion to seal Exhibit 2 to the Government's Opposition to Defendant's Third Motion for Reduced Sentence under 18 U.S.C. § 3582(c)(2). The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Exhibit 2 to the Government's Opposition to Defendant's Third Motion for Reduced Sentence under 18 U.S.C. § 3582(c)(2), due to the sensitive information contained therein.

///
///
///
///
///

ORDER GRANTING MOTIO TO SEAL - 1
*United States v. Powell,* 2:15-cr-00244-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     IT IS HEREBY ORDERED that the Motion to Seal (Dkt. 413) is GRANTED. Exhibit 2 to the Government's Opposition to Defendant's Third Motion for Reduced Sentence under 18 U.S.C. § 3582(c)(2) shall remain under seal.

    DATED this 14th day of November, 2025.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTIO TO SEAL - 2
*United States v. Powell,* 2:15-cr-00244-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970